Use the Tab key to move from field to field on this form.

CO-386
10/2018

# United States District Court
# For the District of Columbia

FREEDOM OF THE PRESS FOUND. & INTERCEPT MEDIA, INC.

Plaintiff

vs

DEPARTMENT OF DEFENSE

Defendant

Civil Action No. 26-4041

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for Intercept Media, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Intercept Media, Inc. which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

[signature]
Signature

DC Bar # 90015600
BAR IDENTIFICATION NO.

Kevin H Bell
Print Name

1100 13th St. NW, Ste 800
Address

Washington, DC 20005
City State Zip Code

202-946-3642
Phone Number